# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | 01:16-CR-006-17-ELR-AJB |
| | * | |
| WALTER ALVARADO LOPEZ, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## O R D E R

This matter is before the Court for consideration of the Report and Recommendation ("R&R") of Magistrate Judge Alan J. Baverman. (Doc. 523.) Judge Baverman recommends that Defendant's motion to dismiss the indictment on double jeopardy grounds (Doc. 344) be denied. After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district court judge may accept, reject, or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1) (C); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). No objections to the magistrate judge's R&R have been filed, and therefore, the Court has reviewed the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no error.

Accordingly the Court **ADOPTS** the R&R (Doc. 523) as the opinion of this Court. For the reasons stated in the R&R, the Court **DENIES** Defendant's motion to dismiss. (Doc. 344.)

**SO ORDERED**, this 7th day of March, 2017.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia